

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Melvin C. Welch, Jr., Appellant

No. 06-19-00089-CV          v.

Christus Good Shepherd Medical Center -
Marshall, Donna Alzaga, M.D., and
Andrew Dickhute, M.D., Appellees

Appeal from the 71st District Court of Harrison County, Texas (Tr. Ct. No. 18-1376). Memorandum Opinion delivered by Chief Justice Morriss, Justice Burgess and Justice Stevens participating.

As stated in the Court's opinion of this date, we affirm that part of the trial court's judgment dismissing Welch's claims against Good Shepherd, but we reverse the trial court's judgment as to the award of attorney fees and remand this cause to the trial court for a redetermination of attorney fees consistent with this opinion.

We further order that the appellant, Welch, shall pay eighty percent of the costs and appellee, Christus Good Shepherd Medical Center-Marshall, shall pay twenty percent of all costs of appeal.

RENDERED APRIL 8, 2020
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk